CARSON CO. INC. OF NEW ORLEANS (THE)

VERSUS

DEVANTE ROBINSON

       \*      NO. 2020-CA-0643

       \*      COURT OF APPEAL

       \*      FOURTH CIRCUIT

       \*      STATE OF LOUISIANA

       \*

       \*

\* \* \* \* \* \* \*

*JCL*    **LOBRANO, J., CONCURS IN THE RESULT**